**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                                                 Case #16-25164
**Debtor:** Mirleyis Robas                                             Chapter 13

---

# FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 05-22-2017 and the following parties were present:

1. [ x ] The Debtor: Mirleyis Robas
2. [ x ] The Debtor's Attorney: Kenneth Abrams, Esq.
3. [ x ] The Lender's Representative: Janice Hall
4. [ x ] The Lender's Attorney: Corey M Ohayon, Esq.

**B.** The final MMM conference was scheduled for 05-22-2017 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [   ] The parties did not reach an agreement


Dated: 05.22.17                     Signature of Mediator: _____ //s// Anthony Roca
                                    Printed Name: Anthony Roca
                                    Address: 1400 NW 107th Ave. Suite 209 Miami, FL
                                    33172-2746
Copies To:                          Phone: (305) 771-3529
[All Parties to Mediation]          Email: tony@rocalaw.com